IN THE MATTER OF OZRO J. BISSELL.

*Habeas Corpus—Committal for contempt.*

The regularity of a committal for contempt in refusing to pay alimony will not be reviewed on an application for the writ of *habeas corpus,* if it was regular on its face.

PETITION for writ of *habeas corpus.* Denied January 10.

Bissell was committed for contempt in refusing to pay alimony. The order of committal was regular on its face and recited that the contempt was admitted. The petition was based chiefly upon denials of the fact.

*Held* that the Supreme Court cannot, on an application for a writ of *habeas corpus,* review a committal apparently regular; the petitioner should have appealed from the order.